For Employees Hired Before January 1, 2005 Who are Eligible for Health, Life Insurance, Disability and Certain Other Benefits

# YOUR BENEFITS handbook

## Eligibility and Administrative Information

Effective January 1, 2008

This Handbook is valid only if you receive it directly from US Employee Services with a cover letter indicating that it applies to you.





EXHIBIT A

# Eligibility and Administrative Information

1.0 ELIGIBILITY ... AND CERTAIN ... BENEFITS .................................................. 5
    1.1   How can I tell if I am eligible? ............................................... 5
    1.2   Who is not eligible for benefits? ............................................. 5
    1.3   Does this handbook apply to me? ............................................... 6
    1.4   Who qualifies as an eligible dependent? ....................................... 8
    1.5   Who qualifies as a child? ..................................................... 9
    1.6   What is the GE Enrollment Safety Net? ........................................ 10
    1.7   How does continuous service affect eligibility? .............................. 10
    1.8   How does continuous service work? ............................................ 10
2.0 ADMINISTRATIVE INFORMATION .................................................. 14
    2.1   Plan Basics .................................................................. 14
        2.1.1   What are the claims and appeals procedures? ........................... 14
        2.1.2   Can the plans be changed, replaced or terminated? ..................... 21
        2.1.3   How do I pay for coverage when not on the payroll? .................... 21
        2.1.4   What are my rights under the HIPAA privacy regulations? ............... 22
        2.1.5   What are my rights under ERISA? ....................................... 27
        2.1.6   What are my rights when my health coverage ends? ...................... 29
            2.1.6.1   How COBRA health coverage works ............................... 29
            2.1.6.2   What does COBRA health coverage provide? ...................... 30
            2.1.6.3   How much does COBRA cost? ..................................... 30
            2.1.6.4   Are there other types of funding for COBRA
                      health coverage? .............................................. 30
            2.1.6.5   How do I elect COBRA? ......................................... 31

|  |  |  |  |
|---|---|---|---|
|  | 2.1.6.6 | How long does COBRA health coverage continue? | 32 |
|  | 2.1.6.7 | What happens if I die? | 33 |
|  | 2.1.6.8 | When does COBRA health coverage end? | 33 |
| 2.1.7 | | Which GE affiliates are participating companies? | 34 |
| 2.1.8 | | Additional Plan Information as of January 1, 2008 | 34 |
| 2.1.9 | | Health Care Benefits Administrators | 39 |
| 2.1.10 | | What is GE's employer identification number? | 41 |
| 2.1.11 | | Who is the plan administrator? | 41 |
| 2.1.12 | | How can I access official plan documents? | 42 |
| 2.1.13 | | How are the plans funded? | 43 |

KEY TERMS ................................................................ 44
CONTACTS ................................................................ 46
INDEX ...................................................................... 47

**Right to an Accounting**

Plan participants have a right to an accounting of most disclosures of their protected health information that are for reasons other than payment or health care operations. An accounting will include the date(s) of the disclosure, to whom the disclosure was made, a brief description of the information disclosed and the purpose for the disclosure. Requests for an accounting must be in writing, and may be for disclosures made up to six years before the date of the request, but in no event for disclosures made before April 14, 2003. A first request within a 12-month period will be free. For additional requests, the plans may charge you for the costs of providing the request. The requester will be notified of the cost involved, and the requester may choose to withdraw or modify the request before any costs are incurred.

**Right to a Paper Copy of This Notice**

Plan participants have the right to a paper copy of this Notice, even if the individual has previously agreed to accept this Notice electronically.

**For More Information, to Make a Written Request or to Make a Complaint About the Handling of Protected Health Information?**

A plan participant who has any questions about these privacy policies and procedures or wants to make any of the written requests mentioned in this Notice may contact the Privacy Leader at GE US Employee Services, PO Box 6024, Schenectady, NY 12301-6024.

In addition, any plan participant who believes that the Company has violated his/her privacy rights may file a complaint by writing to the same address. A plan participant may also file a written complaint with the Secretary of the U.S. Department of Health and Human Services. Complaints filed directly with the Secretary must: (1) be in writing; (2) contain the name of the entity against which the complaint is lodged; (3) describe the relevant issue; and (4) be filed **within 180 days** of the time the plan participant became or should have become aware of the problem.

The Company will not penalize or in any other way retaliate against a plan participant for filing a complaint with the Secretary or with GE.

## 2.1.5 WHAT ARE MY RIGHTS UNDER ERISA?

As a participant in most Company benefit plans described in this handbook, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974, as amended (ERISA). Benefits not listed in Section 2.1.8, "Additional Plan Information as of January 1, 2008," such as vacation benefits, are not subject to ERISA requirements.

### RECEIVE INFORMATION ABOUT YOUR PLAN AND BENEFITS

Under ERISA, plan participants are entitled to:
- Examine, without charge, at the plan administrator's office and at major Company locations, all plan documents, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (EBSA).
- Obtain copies of all plan documents, including insurance contracts, collective bargaining agreements, the latest annual report (Form 5500 Series) and updated summary plan descriptions, upon written request to the plan administrator (the administrator may make a reasonable charge for the copies).
- Receive a summary of the plan's annual financial report. The plan administrator is required by law to provide each plan participant with a copy of this "summary annual report."

**PAY ON TIME**

You will receive invoices for your initial and monthly COBRA payments. If you fail to make payments for your COBRA health coverage within the required time period stated on your invoice, your coverage will end and will not be reinstated.

## 2.1.7 WHICH GE AFFILIATES ARE PARTICIPATING COMPANIES?

As of January 1, 2008, General Electric Company (3135 Easton Turnpike, Fairfield, CT 06828) has employees eligible to participate in certain of the GE benefit plans listed in Section 2.1.8, "Additional Plan Information as of January 1, 2008," subject to applicable collective bargaining agreements.

Certain GE affiliates also are companies with employees eligible to participate in certain of these GE benefit plans, subject to applicable collective bargaining agreements. You may receive, upon written request, information as to whether a particular affiliate is such a participating company and, if so, that company's address. You should send your written request to:

General Electric Company
US Employee Services
One River Road
Building 5, 6 East
Schenectady, NY 12345

## 2.1.8 ADDITIONAL PLAN INFORMATION AS OF JANUARY 1, 2008

### GE LIFE, DISABILITY AND MEDICAL PLAN

- **The plan includes components**, known as:
  - GE Medical Care Options
    - GE Health Care Preferred
    - GE Medical Benefits
  - GE Dental Care Options
  - GE Vision Care
  - GE Flexible Spending Accounts
  - GE Life Insurance
  - GE Accidental Death or Dismemberment Insurance
  - GE Short-Term Disability Benefits (For details on these components, see the description for each, below.)
- **Plan number** — 502
- **Plan type** — welfare plan, with specific welfare plan types noted for each of the components listed above
- Plan 502 and all the components listed below are maintained pursuant to a collective bargaining agreement.

For the components of the GE Life, Disability and Medical Plan, the following details apply:

### GE HEALTH CARE PREFERRED

- **Plan type** — medical welfare plan
- **Benefits administrators** — The GE Health Care Preferred benefits administrators are listed in Section 2.1.9, "Health Care Benefits Administrators."
- **Source of contributions** — the Company and plan participants
- **Source of funding** — GE Insurance Plan Trust
- **How benefits are paid** — by the plan's benefits administrators. The benefits administrators may also be responsible for the selection, operation and administration of health care provider networks.

34

## GE MEDICAL BENEFITS

- **Plan type** — medical welfare plan
- **Benefits administrators** — The benefits administrators (for the regions and services noted) are:
  - For prescription drugs, in all regions:
  Medco Health Solutions, Inc.
  100 Parsons Pond Road
  Franklin Lakes, NJ 07417
  - For mental health and substance abuse care, in all regions:
  CIGNA Behavioral Care
  11095 Viking Drive, Suite 350
  Eden Prairie, MN 55344
  - For Alabama, New York, Arkansas, Massachusetts, California, Indiana, Illinois, Iowa, Kansas, Kentucky, Michigan, Pennsylvania, Tennessee, Vermont, Virginia:
  Blue Cross and Blue Shield of Alabama
  450 Riverchase Parkway East
  Birmingham, AL 35298
  - For all other regions:
  UnitedHealthcare
  117 Business Park Drive
  Utica, NY 13502
- **Source of contributions** — the Company and participants
- **Source of funding** — GE Insurance Plan Trust
- **How benefits are paid** — by the plan's benefits administrators. The benefits administrators may also be responsible for the selection, operation and administration of health care provider networks.

## OTHER REGIONAL HEALTH CARE OPTIONS

- **Plan type** — medical welfare plan
- **Benefits administrators** — The benefits administrators are listed in Section 2.1.9, "Health Care Benefits Administrators"
- **Source of contributions** — The Company and plan participants
- **Source of funding** — GE Insurance Plan Trust
- **How benefits are paid** — by the plan's benefits administrators. The benefits administrators may also be responsible for the selection, operation and administration of health care provider networks

## GE DENTAL CARE OPTIONS

- **Plan type** — dental welfare plan
- **Benefits administrator** — Metropolitan Life Insurance Company, 125 Business Park Drive, Utica, NY 13502
- **Source of contributions** — the Company and participants
- **Source of funding** — GE Insurance Plan Trust
- **How benefits are paid** — by the plan's benefits administrator. The benefits administrator may also be responsible for the selection, operation and administration of health care provider networks.

## GE VISION CARE

- **Plan type** — medical welfare plan
- **Benefits administrator** — Davis Vision, PO Box 1440, Latham, NY 12110
- **Source of contributions** — the Company and participants
- **Source of funding** — GE Insurance Plan Trust
- **How benefits are paid** — by the plan's benefits administrator. The benefits administrator may also be responsible for the selection, operation and administration of health care provider networks.

## GE FLEXIBLE SPENDING ACCOUNTS

- **Plan type** — welfare plan
- **Benefits administrator** — Ceridian, GE FSA Claims Center, PO Box 534255, St. Petersburg, FL 33747-4255
- **Source of contributions** — participants
- **Source of funding** — GE Insurance Plan Trust
- **How reimbursements are made** — by the benefits administrator

## GE LIFE INSURANCE

- **Plan type** — term life insurance welfare plan
- **Plan insurer** — Metropolitan Life Insurance Company, One Madison Avenue, New York, NY 10010
- **Source of contributions** — the Company
- **Source of funding** — The GE Insurance Plan Trust pays the premiums and is the policy holder.
- **How benefits are paid** — by the plan insurer

## GE ACCIDENTAL DEATH OR DISMEMBERMENT INSURANCE

- **Plan type** — accidental death or dismemberment insurance welfare plan
- **Plan insurer** — Metropolitan Life Insurance Company, One Madison Avenue, New York, NY 10010
- **Source of contributions** — the Company
- **Source of funding** — The GE Insurance Plan Trust pays the premiums and is the policy holder.
- **How benefits are paid** — by the plan insurer

## GE SHORT-TERM DISABILITY BENEFITS

- **Plan type** — short-term disability welfare plan for certain hourly employees
- **Benefits administrator** — Sedgwick CMS, GE Disability Benefits Center, 11010 Prairie Lakes Dr., Suite 200, Eden Prairie, MN 55344
- **Source of contributions** — Company and in some states participants
- **Source of funding** — The GE Insurance Plan Trust
- **How benefits are paid** — by the benefits administrator

## GE LONG-TERM CARE INSURANCE PLAN

- **Plan number** — 535
- **Plan type** — long-term care welfare plan
- **Plan insurer:**
  - For all areas other than New York State — General Electric Capital Assurance Company.
  - For New York State — GE Capital Life Assurance Company of New York.
    Both plan insurers can be contacted at GE Long-Term Care Benefits Center, PO Box 5718, Hopkins, MN 55343-5718.
- **Source of contributions** — participants
- **How benefits are paid** — by the plan insurer

## GE LONG-TERM DISABILITY INCOME PLAN (LTDI) FOR SALARIED EMPLOYEES

- **Plan number** — 504
- **Plan type** — long-term disability welfare plan
- **Plan insurer** — Metropolitan Life Insurance Company, c/o GE Disability Benefits Center, PO Box 44801, Eden Prairie, MN 55344
- **Source of contributions** — the participants
- **How benefits are paid** — by the plan insurer

36

*Go to benefits.ge.com for benefits information, forms, transactions and more*

### GE LONG TERM DISABILITY INCOME PLAN (LTDI) FOR HOURLY EMPLOYEES

- **Plan number** — 505
- **Plan type** — long-term disability welfare plan
- **Plan insurer** — Metropolitan Life Insurance Company, c/o GE Disability Benefits Center, PO Box 44801, Eden Prairie, MN 55344
- **Source of contributions** — the participants
- **How benefits are paid** — by the plan insurer

### GE A PLUS LIFE INSURANCE PLAN

- **Plan number** — 506
- **Plan type** — term life or group universal life welfare plan
- **Plan insurer** — Metropolitan Life Insurance Company, One Madison Avenue, New York, NY 10010
- **Source of contributions** — the participants
- **How benefits are paid** — by the plan insurer

### GE DEPENDENT LIFE INSURANCE PLAN FOR HOURLY AND NONEXEMPT SALARIED EMPLOYEES

- **Plan number** — 514
- **Plan type** — term life welfare plan
- **Plan insurer** — Metropolitan Life Insurance Company, One Madison Avenue, New York, NY 10010
- **Source of contributions** — the participants
- **How benefits are paid** — by the plan insurer

### GE DEPENDENT LIFE INSURANCE PLAN FOR EXEMPT SALARIED EMPLOYEES

- **Plan number** — 507
- **Plan type** — term life welfare plan
- **Plan insurer** — Metropolitan Life Insurance Company, One Madison Avenue, New York, NY 10010
- **Source of contributions** — the participants
- **How benefits are paid** — by the plan insurer

### GE PERSONAL ACCIDENT INSURANCE PLAN FOR ACCIDENTAL DEATH OR DISMEMBERMENT

- **Plan number** — 503
- **Plan type** — accidental death or dismemberment welfare plan
- **Plan insurer** — Metropolitan Life Insurance Company, One Madison Avenue, New York, NY 10010
- **Source of contributions** — the participants
- **How benefits are paid** — by the plan insurer

### GE EMERGENCY AND FAMILY AID PLAN

- **Plan number** — 512
- **Plan type** — welfare plan
- **Source of contributions** — the Company
- **How benefits are paid** — either by the General Relief and Loan Fund or from Company assets